Form ntcfinmt

# United States Bankruptcy Court

District of South Dakota

Case Number: 10–50495
Chapter 7

In re:

**Timothy Paul Crooks**
SSN/ITIN xxx–xx–6626

**Kelly Ann Crooks**
SSN/ITIN xxx–xx–7232
fka Kelly Ann LaFayette
fka Kelly Ann Reynolds

# NOTICE OF REQUIREMENT TO FILE FINANCIAL MANAGEMENT COURSE CERTIFICATION

To Debtor(s):

Pursuant to 11 U.S.C. § 727(a)(11), subject to limited exceptions, a debtor must complete a postpetition instructional course in personal financial management in order to receive a discharge under Chapter 7. Pursuant to Fed.R.Bankr.P. 1007–I(c), a debtor must complete, sign, and file a Debtor's Certification of Completion of Postpetition Instructional Course Concerning Personal Financial Management (Official Form 23) within 60 days after the first date set for the meeting of creditors under 11 U.S.C. § 341.

You are required to complete, sign, and file an Official Form 23 on or before **April 5, 2011**. Your failure to complete, sign, and file an Official Form 23 by the time this case is ready to be closed will result in this case being closed without the entry of a discharge.

If this case is closed without the entry of a discharge, you may file a motion to reopen to allow you to file a completed and signed Official Form 23 so that a discharge may be entered. You will be required to pay the full reopening fee when a motion to reopen is filed.

Dated: 2/7/11

    Frederick M. Entwistle
    Clerk, U.S. Bankruptcy Court

    s/Deputy Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0869-5          User: admin              Page 1 of 1              Date Rcvd: Feb 07, 2011
Case: 10-50495                Form ID: ntcfinmt        Total Noticed: 1

The following entities were noticed by first class mail on Feb 09, 2011.
db/db        +Timothy Paul Crooks,   Kelly Ann Crooks,   13114 Custer Street,   Piedmont, SD 57769-7172

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 09, 2011**            **Signature:** _Joseph Speetjens_