UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy Case No. 10-50495 |
| | ) | Chapter 7 |
| TIMOTHY PAUL CROOKS, | ) | |
| SSN/ITIN: xxx-xx-6626 | ) | |
| | ) | |
| and | ) | CERTIFICATE OF SERVICE |
| | ) | |
| KELLY ANN CROOKS, | ) | |
| f/k/a Kelly A. LaFayette, | ) | |
| f/k/a Kelly A. Reynolds, | ) | |
| SSN/ITIN: xxx-xx-7232 | ) | |
| | ) | |
| Debtors. | ) | |

I hereby certify that on the 8th day of March, 2011, I caused a true and correct copy of the Amendment to Schedule C and Notice of Amendment to be served by United States mail, directed to the address of record of anyone who was not served electronically by the United States Bankruptcy Clerk, as indicated on the attached mailing list.

Dated: March 8, 2011.

ANKER LAW GROUP, P.C.

*/s/ Stanton A. Anker*

_____
Stanton A. Anker
1301 West Omaha Street, Suite 207
Rapid City, South Dakota 57701
Telephone: (605) 718-7050
Fax: (605) 718-0700
Email: stanton@rushmore.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0869-5<br>Case 10-50495<br>District of South Dakota<br>Western (Rapid City)<br>Mon Mar  7 16:43:55 CST 2011 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite #200<br>Tucson, AZ 85712-1083 | Bankruptcy Clerk's Office<br>225 S. Pierre St., Room 203<br>Pierre, SD 57501-2463 |
| AFNI, Inc<br>PO Box 3097<br>Bloomington, IL  61702-3097 | Affiliated Credit Services<br>PO Box 7739<br>Rochester, MN 55903-7739 | BMG Music Service<br>PO Box 1958<br>Indianapolis, IN 46291-0010 |
| Capital Assistance Group<br>c/o National Credit Solutions<br>PO Box 15779<br>Oklahoma City, OK 73155-5779 | Citibank S.D., N.A. - SEARS<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Citibank South Dakota<br>PO Box 6283<br>Sioux Falls, SD  57117-6283 |
| Client Services, Inc.<br>3451 Harry Truman Boulevard<br>St. Charles, MO 63301-9816 | Clinical Laboratory Of The Black Hills<br>P.O. Box 238<br>Rapid City, SD  57709-0238 | Credit Collection Bureau<br>PO  Box 9490<br>Rapid City, SD  57709-9490 |
| Dakota Hills Family Practice<br>1420 North Tenth Street<br>Spearfish, SD 57783-1532 | Department Of Education - Sallie Mae<br>11100 USA Parkway<br>Fishers, IN  46037-9203 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| Discover Card Financial Services, LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | ER Solutions, Inc.<br>P.O. Box 9004<br>Renton, WA 98057-9004 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |
| GE Capital<br>PO Box 981471<br>El Paso, TX 79998-1471 | GE Money Bank<br>Attn: Bankruptcy Department<br>P.O. Box 103104<br>Roswell, GA 30076-9104 | (p)HSBC BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM IL 60197-5213 |
| HSBC Retail Services<br>PO Box 15521<br>Wilmington, DE  19850-5521 | IC Systems, Inc<br>PO Box 64378<br>Saint Paul, MN  55164-0378 | Karl Lustig, M.D.<br>1440 N. Main Street<br>Spearfish, SD 57783-1505 |
| NCO Financial Systems, Inc.<br>Dept. 64<br>P.O. Box 4906<br>Trenton, NJ 08650-4906 | National Asset Recovery Services, Inc.<br>P.O. Box 701<br>Chesterfield, MO  63006-0701 | National Credit Solutions<br>PO Box 15779<br>Oklahoma City, OK 73155-5779 |
| National Recovery<br>2491 Paxton Street<br>Harrisburg, PA 17111-1036 | Northern Hills Federal Credit Union<br>PO Box 759<br>Sturgis, SD 57785-0759 | Office Of The Attorney General<br>1302 East Hwy 14, Ste 1<br>Pierre, SD 57501-8501 |


```
Queen City Regional Medical Clinic      Qwest                                   Sallie Mae - LSCF
1420 North Tenth Street                 P.O. Box 29040                          1002 Arthur Drive
Spearfish, SD  57783-1532               Phoenix, AZ  85038-9040                 Lynn Haven, FL  32444-1683


Schmid Dental Clinic Prof, LLC          South Dakota Housing Development Authority   South Dakota Housing Development Authority
1300 Junction Avenue                    PO Box 1237                             Wells Fargo Home Mortgage
Sturgis, SD  57785-1938                 Pierre, SD  57501-1237                  3476 Stateview Blvd
                                                                                MAC # X7801-014
                                                                                Fort Mill, SC  29715-7203


State Of South Dakota                   Wells Fargo Home Mortgage               World Financial National Bank
445 East Capitol Avenue                 P.O. Box 10335                          995 West 122nd Avenue
Pierre, SD  57501-3100                  Des Moines, IA  50306-0335              Westminster, CO 80234-3417


Worlds Foremost Bank                    Bruce J. Gering                         John S. Lovald
4800 NW First Street, Ste 300           314 South Main Avenue, Suite 303        Trustee
Lincoln, NE  68521-4463                 Sioux Falls, SD  57104-6462             PO Box 421
                                                                                Deadwood, SD  57732-0421


Kelly Ann Crooks                        Stanton A. Anker                        Timothy Paul Crooks
13114 Custer Street                     Anker Law Group, P.C.                   13114 Custer Street
Piedmont, SD  57769-7172                1301 West Omaha Street, Suite 207       Piedmont, SD  57769-7172
                                        Rapid City, SD  57701-2421
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Discover Card                           Elan Financial Services                 HSBC Card Services
12 Reads Way                            PO Box 108                              P.O. Box 15524
New Castle, DE  19720-1649              Saint Louis, MO  63166                  Wilmington, DE  19850
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Department of Education              (u)Northern Hills Federal Credit Union  (d)Discover Financial Services, LLC
                                                                                P.O. Box 3025
                                                                                New Albany, OH  43054-3025
```

```
End of Label Matrix
Mailable recipients     44
Bypassed recipients      3
Total                   47
```